


JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 21 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1407

5:07cv66-DcB-JMR

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

*Jimmie Dampier v. Wyeth, et al.*, W.D. Washington, C.A. No. 2:03-3511*
  (S.D. Mississippi, C.A. No. 5:03-270)
*Mildred Mitchell v. Bayer Corp., et al.*, W.D. Washington, C.A. No. 2:03-2075*
  (M.D. Louisiana, C.A. No. 3:03-74)

___ FILED
___ LODGED
___ RECEIVED    MAIL

MAR 13 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the above-captioned actions have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the above-captioned actions be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR - 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

* WAW case number was assigned after severance order was issued in Western District of Washington.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FEB 21 2007**

FILED
CLERK'S OFFICE

## DOCKET NO. 1407

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

*Jimmie Dampier v. Wyeth, et al.*, W.D. Washington, C.A. No. 2:03-3511*
(S.D. Mississippi, C.A. No. 5:03-270)
*Mildred Mitchell v. Bayer Corp., et al.*, W.D. Washington, C.A. No. 2:03-2075*
(M.D. Louisiana, C.A. No. 3:03-74)

FILED
LODGED
RECEIVED   MAIL

MAR 13 2007

### CONDITIONAL REMAND ORDER

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the above-captioned actions have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the above-captioned actions be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR - 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

* WAW case number was assigned after severance order was issued in Western District of Washington.

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 9, 2007

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

MAR 13 2007
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY

Re: MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

*Jimmie Dampier v. Wyeth, et al.*, W.D. Washington, C.A. No. 2:03-3511*
(S.D. Mississippi, C.A. No. 5:03-270)
*Mildred Mitchell v. Bayer Corp., et al.*, W.D. Washington, C.A. No. 2:03-2075*
(M.D. Louisiana, C.A. No. 3:03-74)

Dear Mr. Rifkin:

I am enclosing a certified copy and one additional copy of a conditional remand order filed by the Panel in the above-captioned matter on February 21, 2007. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

Please note that transmittal of the order was stayed 15 days to give any party an opportunity to oppose the remand. The 15-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
     Deputy Clerk

Enclosures

cc:   Transferee Judge:      Judge Barbara Jacobs Rothstein
      Transferor Clerks:     J.T. Noblin, Lawrence Talamo

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____

JPML Form 41

01-MD-01407-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK



BRUCE RIFKIN
CLERK

700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 370-8400

March 20, 2007

Clerk, U.S. District Court
Southern District of Mississippi
245 East Capitol Street, Suite 316
Jackson, MS 39201

Re:   *In Re*: Phenlypropanolomine (PPA) Product Liability Litigation, 2:01-md-1407;
and <u>Jimmie Dampier v. Wyeth, et al.</u>, WAWD case no. 2:03cv3511
Southern District of Mississippi case no. 05:03cv270

Dear Clerk:

The above-referenced case is being remanded to your district pursuant to a Conditional Remand Order of the Judicial Panel on Multidistrict Litigation. Enclosed please find the following items:

1.   Certified copy of the Conditional Remand Order;

2.   All documents on file for the above case, including a certified copy of the civil docket sheet, *on disk*; and

3.   Certified copy of the MDL 1407 civil docket sheet, also on disk (*see item 2*); and

4.   Separate disk containing attachments to the Final Pretrial Order.

Please acknowledge receipt of the above items by returning the enclosed copy of this letter to our office. If you have any questions regarding this matter, please contact me.

Sincerely,

*Anne Sharrett*

MDL Docket Clerk

Encl.

